IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: DARREL KALLEMBACH as the
Intervenor Intervention of Right as Claimant
Argyle, Wisconsin
LARRY KALLEMBACH as the witness,

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-711-bbc

Plaintiffs,

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing plaintiff's case for lack of jurisdiction.

_____         DEC 1 0 2009
Peter Oppeneer, Clerk of Court                  Date