IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re: DARREL KALLEMBACH as the Intervenor        ORDER
Intervention of Right as Claimant
Argyle, Wisconsin        09-cv-711-bbc
LARRY KALLEMBACH as the witness,

        Plaintiffs.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re: LARRY KALLEMBACH as the Intervenor        ORDER
Intervention of my Fundamental Right as Claimant
Platteville, Wisconsin        09-cv-736-bbc
DARREL KALLEMBACH as the witness i.e.
Witness Protection Act 18 USCA Section 1512-1515

        Plaintiff.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On December 10, 2009, these cases were dismissed for lack of jurisdiction because the pleadings were completely unintelligible. In light of the fact that the pleadings purport to be notices of removal of cases from the Circuit Court for Grant County, Wisconsin, IT IS ORDERED that, to the extent that the pleadings refer to any cases that are or were

pending in that court, those cases are summarily remanded under 28 U.S.C. § 1446(c)(4).

Entered this 19th day of February, 2010.

                              BY THE COURT:

                              /s/

                              _____
                              BARBARA B. CRABB
                              District Judge