IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re: DARREL KALLEMBACH as the Intervenor        ORDER
Intervention of Right as Claimant
Argyle, Wisconsin                                 09-cv-711-bbc
LARRY KALLEMBACH as the witness,

           Plaintiffs.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re: LARRY KALLEMBACH as the Intervenor         ORDER
Intervention of my Fundamental Right as Claimant
Platteville, Wisconsin                            09-cv-736-bbc
DARREL KALLEMBACH as the witness i.e.
Witness Protection Act 18 USCA Section 1512-1515

           Plaintiff.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated December 10, 2009, I dismissed these cases for lack of subject matter jurisdiction.  Now plaintiff Larry Kallembach requests that the $350 filing fees in each case be returned.  The request will be denied.

      As the name suggests, the $350 fee is the fee for *filing* a case.  Litigants whose cases are dismissed for lack of jurisdiction or for any other reason do not get their money back even if the case is dismissed at an early stage; they have received the service for which they

paid, which is the filing of the complaint and the opening of a case. The fee covers the administrative costs incurred at the time of filing. Neither the Federal Rules of Civil Procedure nor any statute enacted by Congress authorizes a district court to refund a filing fee in instances in which the filed case is closed following a ruling by the judge.

ORDER

IT IS ORDERED that plaintiff Larry Kallembach's request for a refund of the filing fees he paid in cases 09cv-711-bbc and 09-cv-736-bbc, is DENIED.

Entered this 1st day of March, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge